IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Venkata Durvasula, et al.

        Plaintiff,

  v.

Equifax Information Services LLC, et al.

        Defendant.

CASE NO. CV12-03089 pSG

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

K. Ann Broussard, whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta, GA 30309 - 404-572-4600

and who is an active member in good standing of the bar of Northern District of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Equifax Information Services LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 21, 2012

*Lucy H. Koh*
United States District Judge