UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA,<br><br>     Plaintiffs,<br>  v.<br><br>TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>     Defendants. | Case No.: 12-CV-03089-LHK<br><br>CASE MANAGEMENT ORDER |

The case management conference set for December 19, 2012 is hereby continued to April 3, 2013 at 2:00 p.m. The parties' motions to appear telephonically at the December 19, 2012 case management conference (ECF Nos. 33, 34, 35) are denied as moot.

The parties are hereby referred to court mediation with a deadline of 150 days from this Order.

The case schedule is set as follows:

LAST DAY TO AMEND PLEADINGS/ADD PARTIES: January 18, 2013.

CLOSE OF FACT DISCOVERY: June 7, 2013.

OPENING EXPERT REPORTS: June 21, 2013.

REBUTTAL EXPERT REPORTS: July 5, 2013.

CLOSE OF EXPERT DISCOVERY: July 19, 2013.

LAST DAY TO FILE DISPOSITIVE MOTIONS: August 9, 2013.

HEARING ON DISPOSITIVE MOTIONS: October 17, 2013 at 1:30 p.m.

PRETRIAL CONFERENCE: February 6, 2014 at 1:30 p.m.

JURY TRIAL (4 days): February 18, 2014 at 9:00 a.m. in Courtroom 8, 4th Floor.

Case No.: 12-CV-03089-LHK
CASE MANAGEMENT ORDER

The parties are limited to one dispositive motion each.

**IT IS SO ORDERED.**

Dated: December 12, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03089-LHK
CASE MANAGEMENT ORDER