**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA,<br><br>            Plaintiffs,<br>  v.<br><br>TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>            Defendants. | Case No.: 12-CV-03089-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for April 3, 2013, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, April 2, 2013, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: March 28, 2013

                                                                     _Lucy H. Koh_
                                                                     LUCY H. KOH
                                                                     United States District Judge

1

Case No.: 12-CV-03089
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT