United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA, | ) ) | Case No.: 12-CV-03089-LHK |
| Plaintiffs, | ) ) ) | ORDER RE: JOINT NOTICE OF SETTLEMENT |
| v. | ) ) | |
| TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.; | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On April 2, 2013, Plaintiffs Venkata Durvasual and Vijaya Durvasula and Defendant Trans Union, LLC filed a Joint Notice of Settlement, ECF No. 50, and requested that Trans Union, LLC be excused from attending the upcoming Case Management Conference, scheduled for April 3, 2013.

The Court DENIES this request, and ORDERS Trans Union, LLC to continue to comply with the case schedule until a stipulation of dismissal has been filed and approved.

**IT IS SO ORDERED.**

Dated:  April 2, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03089
ORDER RE: JOINT NOTICE OF SETTLEMENT