Robert J. Schuckit, Esq. (IN #15342-49)
   (admitted *Pro Hac Vice*)
Andrew M. Lehmann, Esq. (MI #P75724)*
   (admitted *Pro Hac Vice*)
*Admitted in Michigan Only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
        alehmann@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA, an individual and VIJATA DURVASULA, an individual,<br>    Plaintiffs,<br><br>vs.<br><br>TRANS UNION, L.L.C., EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>    Defendants. | CASE NO. 5:12-cv-03089-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs Venkata Durvasula and Vijata Durvasula, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans

1  Union only should be dismissed, with prejudice, with each party to bear its own costs and
2  attorneys' fees.
3
4                                                    Respectfully submitted,
5
6  Date:  April 16 2013                              */s/ Rizza Gonzales (w/ consent)*
7                                                    Rizza Gonzales, Esq.
                                                     Century Law Group LLP
8                                                    5200 W. Century Blvd., Ste. 345
                                                     Los Angeles, CA 90045
9                                                    Telephone:  310-642-6900
10                                                   Fax:  310-642-6910
                                                     E-Mail:  gonzales@centurylawgroup.com
11
                                                     *Counsel for Venkata Durvasula and Vijata*
12                                                   *Durvasula*
13
14
15 Date:  April 16, 2013                             */s/ Andrew M. Lehmann*
                                                     Robert J. Schuckit, Esq.  (IN #15342-49)
16                                                      (admitted *Pro Hac Vice*)
                                                     Andrew M. Lehmann, Esq. (MI #P75724)*
17                                                      (admitted *Pro Hac Vice*)
                                                     *Admitted in Michigan Only
18                                                   Schuckit & Associates, P.C.
                                                     4545 Northwestern Drive
19                                                   Zionsville, IN  46077
                                                     Telephone:  317-363-2400
20                                                   Fax:  317-363-2257
                                                     E-Mail:  rschuckit@schuckitlaw.com
21                                                            alehmann@schuckitlaw.com

22                                                   *Lead Counsel for Defendant Trans Union,*
                                                     *LLC*
23
24
                                                     Monica Katz-Lapides, Esq. (CSB #267231)
25                                                   Tate & Associates
                                                     1321 8th Street, Suite 4
26                                                   Berkeley, CA  94710
                                                     Telephone:  510-525-5100
27                                                   Fax:  510-525-5130
                                                     E-Mail:  mkl@tateandassociates-law.com
28
                                                     *Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:12-CV-03089-LHK**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiffs Venkata Durvasula and Vijata Durvasula and Defendant
3  Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: __April 16, 2013__          ___*Lucy H. Koh*___
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

Edward O. Lear
lear@centurylawgroup.com

Rizza D. Gonzales, Esq.
Gonzales@centurylawgroup.com

Keasha Ann Broussard, Esq.
abroussard@kslaw.com

Michael R. McLively, Esq.
mrmclively@jonesday.com

Thomas P. Quinn
tquinn@nokesquinn.com

Katherine Anne Klimkowski
kaklimkowski@jonesday.com

Monica Katz-Lapides, Esq.
mkil@tateandassociates-law.com

Robert J. Schuckit, Esq.
rschuckit@schuckitlaw.com

Andrew M. Lehmann, Esq.
alehmann@schuckitlaw.com