UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA,<br><br>             Plaintiffs,<br>     v.<br><br>TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No.: 12-CV-03089-LHK<br><br>ORDER RE: STIPULATION OF DISMISSAL |

Pursuant to the Court's Order of April 4, 2013, Plaintiffs Venkata Durvasula and Vijaya Durvasula and Defendant Equifax Information Services, LLC were to have filed a stipulation of dismissal by April 17, 2013.

On April 17, 2013, the parties filed a statement requesting an additional 14 days to finalize the settlement documents and file a stipulation of dismissal. The parties' request is hereby GRANTED. The parties shall file a stipulation of dismissal on May 1, 2013.

**IT IS SO ORDERED.**

Dated:  April 18, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03089
ORDER RE: STIPULATION OF DISMISSAL