UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA,<br><br>Plaintiffs,<br>v.<br><br>TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 12-CV-03089-LHK<br><br>ORDER RE: STIPULATION OF DISMISSAL |

Pursuant to the Court's Order of April 3, 2013, Plaintiffs Venkata Durvasula and Vijaya Durvasula and Defendant Equifax Information Services, LLC were to have filed a stipulation of dismissal by April 17, 2013. *See* ECF No. 52. On April 17, 2013, the parties filed a statement requesting an additional 14 days to finalize the settlement documents and file a stipulation of dismissal. ECF No. 57. On April 18, 2013, the Court granted the parties' request, and ordered the parties to file a stipulation of dismissal by May 1, 2013. ECF No. 57. The parties have made no further filings.

The parties are hereby ORDERED to file a stipulation of dismissal by June 5, 2013.

**IT IS SO ORDERED.**

Dated: May 29, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03089
ORDER RE: STIPULATION OF DISMISSAL