EDWARD O. LEAR, State Bar No. 132699
lear@centurylawgroup.com
RIZZA D. GONZALES, State Bar No. 268118
gonzales@centurylawgroup.com
**CENTURY LAW GROUP LLP**
5200 W. Century Blvd. #345
Los Angeles, CA 90045
Phone (310) 642-6900
Fax (310) 642-6910

Attorney for Plaintiffs
Venkata Durvalsula and Vijaya Durvasula

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| VENKATA DURVASULA, an individual, and VIJAYA DURVASULA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>Defendants. | Case No.: 5:12-cv-03089-LHK<br><br>**JOINT STATUS REGARDING DISMISSAL AS TO PLAINTIFFS AND EQUIFAX SERVICES, L.L.C.**<br><br>**Honorable Judge Lucy H. Koh** |

The Court Order of May 29, 2013, ordered the Plaintiffs Venkata Durvasula and Vijaya Durvasula ("Plaintiffs") and Defendant Equifax Information Services, L.L.C. ("Equifax"), to file a stipulation for dismissal by June 5, 2013. The Parties filed a Joint Status Regarding Dismissal as to Plaintiffs and Equifax on June 5, 2013, advising the Court that the Parties believed an additional 14 days would be sufficient to finalize settlement and file a stipulation for dismissal.

JOINT STATUS REGARDING DISMISSAL AS TO PLAINTIFFS AND DEFENDANT
EQUIFAX SERVICES, L.L.C.

1    Unfortunately, the Parties have been unable to do so and respectfully request the Court for an

2    additional 14 days to finalize settlement.  The Parties believe that the outstanding issue relating to

3    the reporting of one of Plaintiffs' accounts set forth in Plaintiffs' consumer disclosure from

4    Equifax will be resolved within this time period or it will be clear that the case must proceed.  As

5    such, the Parties jointly request an additional 15 days until July 3, 32013, to file a stipulation for

6    dismissal or to provide a joint status to the Court advising it of the need to proceed with trial.

7

8

9    Dated: June 20, 2013               **CENTURY LAW GROUP, LLP**

10                                   By:/s/ Rizza Gonzales

11                                       EDWARD O. LEAR
                                      RIZZA GONZALES

12                                       Attorneys for Plaintiffs
                                      Venkata Durvasula and Vijata Durvasula

13

14    Dated: June 20, 2013               **KING & SPALDING LLP**

15

16                                    By: /s/ Ann Broussard
                                      ANN BROUSSARD

17                                       Attorneys for Defendant
                                      Equifax Information Services LLC

18

19

20         The Court hereby GRANTS the parties' request for an additional 15 days to file a

21    stipulation for dismissal or to provide a joint status report to the Court.

22    IT IS SO ORDERED.

23    June 21, 2013                     *Lucy H. Koh*
                                 LUCY H. KOH

24                                  United States District Judge

25

26

27

28

JOINT STATUS REGARDING DISMISSAL AS TO PLAINTIFFS AND DEFENDANT
EQUIFAX SERVICES, L.L.C.