UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No.: 12-CV-03089-LHK<br><br>ORDER RE: STIPULATION OF DISMISSAL |

Pursuant to the Court's Order of April 3, 2013, Plaintiffs Venkata Durvasula and Vijaya Durvasula and Defendant Equifax Information Services, LLC were to have filed a stipulation of dismissal by April 17, 2013. *See* ECF No. 52. On April 17, 2013, the parties filed a statement requesting an additional 14 days to finalize the settlement documents and file a stipulation of dismissal. ECF No. 56. On April 18, 2013, the Court granted the parties' request, and ordered the parties to file a stipulation of dismissal by May 1, 2013. ECF No. 57. After the parties had made no further filings, on May 29, 2013, the Court ordered the parties to file a stipulation of dismissal by June 5, 2013. ECF No. 58. On June 5, 2013, the parties filed a joint status report, indicating that they have been working together to finalize a settlement, but were not yet ready to file a stipulated dismissal. ECF No. 59. At the parties' request, the Court granted the parties until June 19, 2013 to file a stipulation of dismissal. ECF No. 61. On June 21, 2013, the parties requested an

1

additional 14 days, until July 3, 2013, to file a stipulation for dismissal or to provide a joint status report to the Court. ECF No. 63. The Court granted this request. ECF No. 64.

As of July 15, 2013, the parties have filed neither a stipulation for dismissal, nor a joint status report. The parties are reminded that the case schedule set in the Case Management Order of April 3, 2013 remains unchanged. *See* ECF No. 52. All counsel shall appear in person at the further Case Management Conference set for August 21, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 15, 2013

_____
LUCY H. KOH
United States District Judge