1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENKATA DURVASULA and VIJATA DURVASULA, <br><br> Plaintiffs, <br> v. <br><br> TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C., and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 12-CV-03089-LHK

ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT

On April 3, 2013, the Court ordered Plaintiffs Venkata Durvasula and Vijaya Durvasula and Defendant Equifax Information Services, LLC to file a stipulation of dismissal by April 17, 2013. *See* ECF No. 52. On April 17, 2013, the parties filed a statement requesting an additional 14 days to finalize the settlement documents and file a stipulation of dismissal. ECF No. 56. On April 18, 2013, the Court granted the parties' request, and ordered the parties to file a stipulation of dismissal by May 1, 2013. ECF No. 57. After the parties had made no further filings, on May 29, 2013, the Court ordered the parties to file a stipulation of dismissal by June 5, 2013. ECF No. 58. On June 5, 2013, the parties filed a joint status report, indicating that they have been working together to finalize a settlement, but were not yet ready to file a stipulated dismissal. ECF No. 59. At the parties' request, the Court granted the parties until June 19, 2013 to file a stipulation of dismissal. ECF No. 61. On June 21, 2013, the parties requested an additional 14 days, until July 3, 2013, to

1

United States District Court
For the Northern District of California

1   file a stipulation for dismissal or to provide a joint status report to the Court.  ECF No. 63.  The

2   Court granted this request.  ECF No. 64.

3          On July 15, 2013, after the parties yet again failed to file a stipulation for dismissal or a

4   joint status report, the Court issued an order requiring that they appear for a further Case

5   Management Conference on August 21, 2013 at 2:00 p.m., as set in the April 3, 2013 Case

6   Management Order.  *See* ECF Nos. 52, 65.  Per that order, the parties were required to file a Joint

7   Case Management Statement 7 days in advance of the case management conference pursuant to

8   Civil Local Rule 16-10(d).  The parties have failed to do so.  The parties are hereby ORDERED to

9   file one joint case management statement by Monday, August 19, 2013, at noon.  Counsel are

10  ordered to appear at the August 21, 2013 case management conference in person.  No telephonic

11  appearances will be permitted.

12  **IT IS SO ORDERED.**

13

14  Dated: August 16, 2013                    _Lucy H. Koh_____
                                              LUCY H. KOH
15                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 12-CV-03089
ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT